

**ORDERED in the Southern District of Florida on April 01, 2010.**

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| **In Re:** | **Chapter 11 Proceeding** |
| **W.B. CARE CENTER, LLC.** | Case No. 09-26196-BKC-JKO |
| Debtor.          / | |
| **W.B. CARE CENTER, LLC,** a Florida limited liability company, Plaintiff, | |
| vs. | Adv. Pro. No. : 10-2590-JKO-A |
| **TIMOTHY REARDON, QIS MANAGEMENT, LLC, and T.R., LLC** | |
| Defendant.           / | |

### FINAL DEFAULT JUDGMENT AWARDING DAMAGES AGAINST DEFENDANTS TIMOTHY REARDON, QIS MANAGEMENT, LLC AND T.R., LLC

This matter came before the Court on Wednesday, March 31, 2010, (the "Hearing") upon the Plaintiff's *Verified Motion for Entry of Final Default Judgment Against Defendants, Timothy Reardon, QIS Management, LLC and T.R., LLC* [D.E. 19] (the "Motion").  The Court has reviewed the Motion and the docket and the Court has found that proper service upon

Defendants, Timothy Reardon, an individual ("Mr. Reardon"), QIS Management, LLC a Florida limited liability company ("QIS"), and T.R., LLC ("TR") (collectively, the "Defendants" or individually the "Defendant") has been effectuated. The Court also finds that no responsive pleading to the complaint filed by the Plaintiff, W.B. Care Center, LLC, (the "Plaintiff") has been filed. The Court has also noted the entry of a default by the Clerk of the Court [D.E. 13, 14, and 15]. The Court having heard the argument of counsel, having deemed that the entry of Final Judgment is appropriate, and having been otherwise fully advised in the premises,

**ORDERS** as follows:

1. Final Judgment is entered in favor of the Plaintiff, W.B. Care Center, LLC whose address is 7751 West Broward Boulevard, Plantation, Florida 33324-2003 and against the Defendants, (I) Timothy Reardon, whose last known address is 1200 Holiday Dr. Suite 802, Ft. Lauderdale, Fl 33316, (II) QIS Management, LLC, whose last known address is 1200 Holiday Dr. Suite 802, Ft. Lauderdale, Fl 33316, and (III) T.R., LLC, whose last known address is 1200 Holiday Dr. Suite 802, Ft. Lauderdale, Fl 33316

2. Final Judgment is entered against Defendants, Timothy Reardon, QIS Management, LLC, and T.R LLC, jointly and severally for damages in the amount of $62,546.90 ($23,346.90 + $19,600.00 + $19,600.00), plus costs, to be taxed by separate bill pursuant to Local Rule 7054-1, plus pre-judgment interest in the amount of $39.53, plus accruing post judgment interest, for a total amount of $62,586.43[1], for which let execution issue forthwith.

[Intentionally Blank]

---

[1] To which sum shall be added costs as taxed by the Clerk of the Court pursuant to Local Rule 7054-1

3. The Court retains jurisdiction to enforce this Order.

**Submitted by:**

Robert P. Charbonneau, Esq.
**EHRENSTEIN CHARBONNEAU CALDERIN**
*Attorneys for the Debtor-in-Possession*
501 Brickell Key Drive, Suite 300
Miami, Florida 33131
T. 305.722.2002   F. 305.722.2001

Copy to: Robert P. Charbonneau, Esq.
*(Attorney Charbonneau shall serve a conformed copy of this Order to all creditors, parties in interest, and others entitled to service)*